**Central Coast Bankruptcy, Inc.**
**Jason Vogelpohl, Esq. #252407**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

PIERCE, Richard Alan

Chapter 13
Case No.: 22-50437 SLJ

Debtors,

DECLARATION OF DEBTOR'S SON REGARDING INCOME

I say and declare:

1. I, Bradley Pierce, am the son of the debtor herein. I make this Declaration to explain the income my father is receiving from Pierce Plumbing.

2. I have taken over the responsibility and ownership of Pierce Plumbing, which was formerly run by my father, Richard Pierce. On June 27th, 2022 my father had undergone brain surgery due to life threatening trauma done to his head. This left him incapable of running the plumbing business, which I have been working with him as a partner for a while. He will no longer be a partner in the business, only a consultant.

3. My father was told that the recovery process would be long and difficult with him suffering extreme headaches, cognitive function and memory fog. These side effects have been worsened by the stress and anxiety of running a business. However, my father has

//

//

been recovering more as of recently and assists me in as a consultant, while I have taken over the burden of the larger responsibilities.

4. I can ensure that my father will be making no less than $8,500 a month as a consultant.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 26, 2022 in Los Gatos, California.

/s/ Bradley Pierce
BRADLEY PIERCE