**Central Coast Bankruptcy, Inc.**
**Jason Vogelpohl, Esq. #252407**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 - Telephone
831.585.1024 - Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

RICHARD ALAN PIERCE

    Debtor(s)

_____/

Case No: 22-50437 SLJ
Chapter 13

**DEBTOR'S OPPOSITION TO MOTION TO DISMISS PRE-CONFIRMATION PURSUANT TO 11 U.S.C. §1307(c) AND REQUEST FOR HEARING**

Date: TBD
Time: TBD
Place: TBD
Judge: Honorable Stephen L. Johnson

    Debtor, Richard Alan Pierce, by and through his attorney of record Jason Vogelpohl, submits that he filed his Chapter 13 Bankruptcy in good faith and that his Chapter 13 Bankruptcy case should not be dismissed pursuant to 11 U.S.C. §1307(c).

    The Chapter 13 Trustee filed a First Amended Objection to confirmation on September 29, 2022. Counsel for Debtor spoke with Debtor on November 2, 2022. Counsel for Debtor has had issues contacting Debtor for quite some time. Debtor has recently undergone brain surgery. This has been the reason for the delay in obtaining the information the Chapter 13 has requested and other information need to address the Chapter 13 Trustee's objections.

    Counsel for Debtor will continue to work with Debtor in his current condition to move Debtor's case towards confirmation.

Debtor, through counsel, respectfully requests that a hearing on the Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307(c) be scheduled, or in the alternative such Motion be withdrawn.

Date: November 2, 2022

/s/ Jason Vogelpohl #252407
JASON VOGELPOHL, ESQ.
Attorney for Debtor(s)