

| | |
|---|---|
| DEVIN DERHAM-BURK #104353<br>CHAPTER 13 STANDING TRUSTEE<br>P O BOX 50013<br>SAN JOSE, CA  95150-0013<br><br>Telephone:  (408) 354-4413<br>Facsimile:   (408) 354-5513 | The following constitutes the order of the Court.<br>Signed: November 18, 2022<br><br>*Stephen Johnson* (signature)<br><br>_____<br>**Stephen L. Johnson**<br>**U.S. Bankruptcy Judge** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>RICHARD ALAN PIERCE<br><br><br><br><br><br>Debtor | Chapter 13<br><br>Case No. 22-50437 SLJ<br><br>**ORDER ON TRUSTEE'S MOTION TO DISMISS**<br><br>Hearing Date:  November 17, 2022<br>Hearing Time:  11:00 a.m.<br> Place:  **Telephonic or Video Only<br><br>Judge:  Hon. Stephen L. Johnson |

　　　Devin Derham-Burk, the Chapter 13 Standing Trustee ("Trustee"), filed and served a Motion to Dismiss this case ("Motion") on October 25, 2022 [Docket #34].  After receiving opposition to the Motion, Trustee filed and served a Notice of Hearing on the Motion in compliance with Bankruptcy Local Rule 9014-1(b)(3) and (c)(3).  Having considered the Motion and the opposition of the above-captioned Debtor thereto, the Court has determined that based on the pleadings filed in this case and good cause appearing therefor,

///

IT IS HEREBY ORDERED THAT:

1. Debtor shall confirm a Chapter 13 Plan by January 19, 2023.

2. The Clerk of the Court shall dismiss this case if a Plan has not been confirmed by close of business on January 19, 2023.

* * * END OF ORDER * * *

## COURT SERVICE LIST

Case Name: RICHARD ALAN PIERCE　　　　　　　　　　Case No.: 22-50437 SLJ

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE