UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

RICHARD ALAN PIERCE

Debtor(s)

Case No. 22-50437 SLJ

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Devin Derham-Burk, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/19/2022.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/20/2023.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $42,625.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $690.00 |
| Less amount refunded to debtor | $621.00 |

**NET RECEIPTS:** $69.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $69.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $69.00

Attorney fees paid and disclosed by debtor: $1,602.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACAR LEASING LTD DBA GM FINANC | Unsecured | 8,936.14 | 8,929.97 | 8,929.97 | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT/GM FINANCIAL | Unsecured | 7,398.00 | NA | NA | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTENNIAL HILLS HOSPITAL MEDI | Unsecured | NA | 3,037.20 | 3,037.20 | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL COLLECTION SERVIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL COLLECTION SERVIC | Unsecured | 230,000.00 | 368,125.71 | 368,125.71 | 0.00 | 0.00 |
| CONTRACTORS STATE LICENSE BOA | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | 489.58 | 489.58 | 489.58 | 0.00 | 0.00 |
| DSRM NAT BANK/VALERO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMPLOYMENT DEVELOPMENT DEPA | Priority | 875.04 | NA | NA | 0.00 | 0.00 |
| EMPLOYMENT DEVELOPMENT DEPA | Unsecured | 839.19 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 2,025.53 | 2,025.53 | 2,025.53 | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 339.43 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 1,353.44 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 4,719.28 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 1,347.24 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 23,487.31 | 23,487.31 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 1,864.22 | 1,864.22 | 0.00 | 0.00 |
| ISRAEL HERNANDEZ | Secured | 0.00 | 17,987.76 | 17,987.76 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 3,019.61 | 3,019.61 | 3,019.61 | 0.00 | 0.00 |
| LUIS MANUEL RANYON | Secured | 0.00 | 18,252.97 | 18,252.97 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 5,758.00 | 5,758.20 | 5,758.20 | 0.00 | 0.00 |
| RASH CURTIS & ASSOCIATES | Unsecured | 2,492.00 | NA | NA | 0.00 | 0.00 |
| RICHARD W. JOYCE AND YONG CHA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RICHARD W. JOYCE AND YONG CHA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SAN BERNARDINO CTY COLLECTIOI | Unsecured | 3,936.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SASSA RAISSI, A SOLE INDIVIDUAL, | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST GAS CORPORATION | Unsecured | 144.41 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/CHEVRON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/JCPENNEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE MLNARIK LAW GROUP, INC. | Unsecured | 53,410.78 | NA | NA | 0.00 | 0.00 |
| TRIBUTE/FORTIVA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TRUSTEE | Unsecured | NA | 1,082.00 | 1,082.00 | 0.00 | 0.00 |
| UNITED STATES TRUSTEE | Unsecured | 651.90 | 651.90 | 651.90 | 0.00 | 0.00 |
| VOLKSWAGEN CREDIT, INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $36,240.73 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$36,240.73** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,864.22 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,864.22** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$416,607.01** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $69.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$69.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/05/2023          By: /s/ Devin Derham-Burk
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**